# EXHIBIT A

STATE OF NEVADA

COUNTY OF WASHOE

HAROLD J. MITCHELL, by his Guardian
MARY LOUISE BROWN,

              Plaintiff,

vs.

WELLPATH,LLC,

              Defendant.

AFFIDAVIT OF MELISSA PIASECKI, MD

Personally, appeared before me who being duly sworn, deposes and states that:

1. I am a licensed physician, specializing in psychiatry and forensic psychiatry and practice medicine in Reno, Nevada.

2. The evidence made available to me, for my review, prior to the making of this affidavit, include the medical records for Harold J. Mitchell from Wellpath, LLC and the Medical University of South Carolina, the Sheriff Al Cannon Detention Center Incident Report, and the Arrest Record. Additionally, I spoke with Mr. Mitchell's mother and sister via Zoom.

3. I have reviewed the records submitted to me, and based upon my expertise, as set forth above, it is my opinion to a reasonable degree of medical certainty that Wellpath LLC knew there was a substantial risk of serious harm to Mr. Mitchell but disregarded that risk and failed to meet his serious medical needs, and failed to adequately assess, treat, monitor, and refer Mr. Mitchell's mental health disorder.

4. It is my opinion that Mr. Mitchell's injuries were proximately caused by the Defendant's deviations from the standard of care.

1

5. I am also of the opinion, to a reasonable degree of medical certainty, that this inadequate care negatively impacts Mr. Mitchell's ability to engage in current and future care, so much so that in the long term, psychiatric destabilization will put Mr. Mitchell at risk for additional mental suffering and increase his risk of future hospitalizations.

_____

Melissa Piasecki, M.D.

SWORN TO before me this

26 day of August , 2024

Notary Public for Nevada

My commission expires: 11|01|2027

MARIA J. FLORES
NOTARY PUBLIC
STATE OF NEVADA
APPOINTMENT NO. 23-3230-02
MY APPT. EXPIRES 11/01/2027

2