**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Harold Mitchell, by his Guardian Mary Louise Brown, | ) ) ) | Case No.: 4:24-CV-6843-RMG-TER |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **AFFIDAVIT OF BARRETT J. TOLBERT** |
| Charleston County, Charleston County Sheriff's Office, Kristin Graziano, Wellpath, LLC, Donald Rhodes, MD and John Does (1-8) | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

I, Barrett J. Tolbert, being duly sworn, depose and state as follows:

1.    I am over the age of eighteen (18), am competent to testify, and have personal knowledge of the facts stated in this Affidavit.

2.    I am employed by Charleston County as the Contracts and Procurement Director.

3.    I submit this Affidavit in support of the Motion to Quash Subpoenas and/or for Protective Order filed by Charleston County and non-parties William Tuten and Barrett J. Tolbert.

4.    I understand that Plaintiff issued a subpoena to me on or about February 13, 2026, seeking production of all my personal financial records from January 1, 2019, through December 31, 2023.

5.    To my knowledge, Plaintiff's claims in this action concern alleged deficiencies in medical care provided to an inmate at the Charleston County Detention Center.

1

6.    I understand Plaintiff contends that my personal financial records are relevant based on insinuations and inferences concerning Charleston County's procurement of medical services from Wellpath, LLC.

7.    I deny that I received any personal financial benefit, payment, kickback, bribe, gift, or other thing of value from Wellpath, LLC, or any of its owners, members, affiliates or anyone else, in connection with any Charleston County contract or procurement decision related to Wellpath, LLC.

8.    I further affirm that none of my personal financial accounts were used to receive or transmit any payment or benefit related to any Charleston County contract or procurement decision related to Wellpath, LLC, because no such payment or benefit occurred.

9.    To my knowledge, any issues concerning procurement processes, contract terms, or administration are matters reflected in Charleston County records and communications; such issues are not connected to or reflected in my personal financial records.

10.    To my knowledge, my personal financial records have no bearing on the claims or defenses in this litigation, and they are unnecessary to evaluate any issue in dispute.

11.    The subpoena seeks highly sensitive and private financial information, including banking records, account information, transaction histories, and other confidential financial materials. I understand the subpoena to require all my financial records regardless of type, content, source or volume and that such records would include, but not be limited to, the following: bank records, loan records, tax records, investment records, retirement account records, including records from the South

2

Carolina Public Employee Benefit Association, Charleston County payroll records, and other financial records. Collecting and producing such a broad breadth of financial records presents a tremendous burden requiring an incalculable amount of time to collect, assimilate and produce. Moreover, providing those records to others would be extremely intrusive to me, a non-party. Moreover, providing those records would be extremely intrusive to others, including my family members, who are non-parties.

12.     Compliance with the subpoena would require me to locate, collect, and review financial records from multiple institutions over a multi-year period, which would impose a substantial burden on me as a non-party.

13.     I have significant privacy and security concerns regarding the disclosure of my personal financial records, including risks associated with exposure of account information, identity theft, and disclosure of private family financial matters, including private financial matters related to my family members.

14.     I respectfully request that the Court quash the subpoena directed at me and/or enter a protective order preventing disclosure of my personal financial records, and the corresponding and consequential disclosure of financial records pertaining to my family members.

I make this Affidavit under oath and understand that any false statement may subject me to penalties for perjury. I declare under penalty of perjury that the foregoing is true and correct.

Barrett J. Tolbert
Charleston County Contracts and
Procurement Director

Dated: *March 24, 2026*

Subscribed and sworn before me this 24 day of March , 2026.

Notary Public for South Carolina

My Commission Expires: 11/04/2029

D'Asha Young
Notary Public, State of South Carolina
My Commission Expires November 4, 2029

4