**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Harold Mitchell, by his Guardian Mary Louise Brown, | ) ) ) | Case No.: 4:24-CV-06843-RMG-TER |
| Plaintiff, | ) ) | |
| vs. | ) ) | **CONSENT MOTION FOR WITHDRAWAL OF SUBPOENAS** |
| Charleston County, Charleston County Sheriff's Office, Kristin Graziano, Wellpath, LLC, Donald Rhodes, MD and John Does (1-8) | ) ) ) ) | **AND WITHDRAWAL OF RELATED MOTIONS TO QUASH AND FOR PROTECTIVE ORDERS** |
| Defendants. | ) ) ) ) | |

**No**n-parties William Tuten ("Tuten") and Barrett J. Tolbert ("Tolbert"), along with Defendant Charleston County, previously filed a Motion and Memorandum to Quash Subpoenas and/or for Protective Order on March 3, 2026 (ECF Doc. 50). Additionally, Tuten and Tolbert filed a Notice of Motion and Motion to Quash Plaintiff's Amended Notice of Videotaped Deposition of Abigail Duffy on April 16, 2026 (ECF Doc. 59).

Plaintiff now consents to withdraw the subpoenas (ECF Docs. 50-1 and 50-2) served on Tuten and Tolbert, thus rendering the two pending motions (ECF Docs. 50 and 59) moot. Plaintiff, Defendant Charleston County, Tuten and Tolbert all consent.

**WHEREFORE**, Plaintiff, Tuten, Tolbert and Defendant Charleston County consent to Plaintiff's withdrawal of the subpoenas (ECF Docs. 50-1 and 50-2). Commensurately, Tuten, Tolbert and Defendant Charleston County withdraw the related pending motions (ECF Docs. 50 and 59).

s/ Amanda M. Gaston
Amanda M. Gaston (FID # 13771)
Bob J. Conley (FID #6791)
Clawson & Staubes, LLC
126 Seven Farms Drive, Suite 200
Charleston, South Carolina 29492
Telephone: (843) 577-2026
bconley@cslaw.com
agaston@cslaw.com

ATTORNEYS FOR WILLIAM TUTEN
AND BARRETT J. TOLBERT

s/ Christy L. Scott
Christy L. Scott (FID # 6215)
Scott Law, LLC
P.O. Box 1515, 108 Carn Street
Walterboro, SC 29488
Telephone: (843) 782-4359
cscott@lawofficeofchristyscott.com

ATTORNEY FOR CHARLESTON COUNTY

s/ Gedney M. Howe, IV
Gedney M. Howe, IV (FID # 13339)
Michael A. Monastra (FID # 13587)
Gedney M. Howe, III, PA
PO Box 1034
Charleston, SC 29402
Telephone: (843) 722-8048
Fax: (843) 722-2140
Gedney4@gedneyhowe.com
mmonastra@gedneyhowe.com

ATTORNEYS FOR PLAINTIFF

June 8, 2026
Charleston, South Carolina