**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Harold Mitchell, by his Guardian Mary Louise Brown,** | **)** | **Case No.:  4:24-cv-06843-RMG-TER** |
| | **)** | |
| **Plaintiffs,** | **)** | |
| | **)** | |
| **v.** | **)** | |
| | **)** | |
| **Charleston County, Charleston County Sheriff's Office, Kristin Graziano, Wellpath, LLC, Donald Rhodes, MD and John Does (1-8),** | **)** **)** **)** | **MOTION TO WITHDRAW AS COUNSEL** |
| | **)** | |
| **Defendants.** | **)** | |

Andrea C. Ewing, Esq., of Sweeny, Wingate & Barrow, PA, hereby moves the Court for leave to withdraw as counsel for Defendant Donald Rhodes, MD and Wellpath, LLC (hereinafter "Defendants"). In support of this motion, Mrs. Ewing states as follows:

1. Mrs. Ewing will be leaving Sweeny, Wingate & Barrow, PA, effective June 11, 2026, and will no longer be practicing law.

2. Defendants will not be prejudiced by granting this request, and the requested withdrawal will not cause material adverse effect of the Defendants' interests because attorneys Richard E. McLawhorn and Mark V. Gende of Sweeny, Wingate & Barrow, PA will continue representing the Defendants.

3. Granting this request will not cause any delay in this matter.

Accordingly, the undersigned respectfully requests that the Court grant this motion for withdrawal of Andrea C. Ewing as counsel.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**


s/ Andrea C. Ewing
Richard E. McLawhorn, Jr. Fed. I.D. No. 11441
Mark V. Gende Fed. I.D. No. 9448
Andrea C. Ewing Fed. I.D. No. 14613
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina

June 10, 2026