IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Harold Mitchell, by his Guardian Mary Louise Brown, | ) | C/A No. 4:24-CV-6843-RMG-TER |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Versus | ) | **NOTICE OF ATTORNEY** |
| | ) | **NINA L. SAVAS FORD'S** |
| Charleston County, Charleston County | ) | **WITHDRAWAL AS COUNSEL** |
| Sheriff's Office, Kristin Graziano, Wellpath, | ) | |
| LLC, Donald Rhodes, MD and John Does | ) | |
| (108), | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that Nina L. Savas Ford, Esq. (Fed. ID No. 14246) is no longer associated with Buyck Law Firm, LLC. Therefore, pursuant to Local Rule 83.I.07(A), Defendants Charleston County Sheriff's Office and Kristin Graziano seek an Order of the Court allowing Nina L. Savas Ford to Withdraw as Counsel in this action. Defendants Charleston County Sheriff's Office and Kristin Graziano continue to be represented by Hugh W. Buyck, Esq., G. Wade Cooper, Esq. and Buyck Law Firm, LLC, all of which consent to Nina L. Savas Ford's withdrawal as counsel.

**BUYCK LAW FIRM, LLC**
P.O. Box 2424
Mt. Pleasant, SC  29465-2424
Telephone: (843) 377-1400
Facsimile: (843) 284-8105
Email:  nina@buyckfirm.com


s/Nina Savas Ford
Hugh W. Buyck (Fed. ID # 6099)
G. Wade Cooper (Fed ID # 7869)
Nina L. Savas Ford (Fed ID # 14246)

Attorneys for Defendants Charleston County
Sheriff's Office and Kristin Graziano

June 12, 2026
Mt. Pleasant, South Carolina