IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Harold Mitchell, by his Guardian )
Mary Louise Brown, )
)
Plaintiff, )
)
v. )
)
Charleston County, Charleston )
County Sheriff's Office, Kristin )
Graziano, Wellpath, LLC, Donald )
Rhodes, MD and John Does 1-8, )
)
Defendants. )
_____ )

_____

**DEFENDANT CHARLESTON COUNTY'S ACKNOWLEDGEMENT
OF CONSENT TO MOTION TO WITHDRAW MOTION TO QUASH**
_____


**PLEASE TAKE NOTICE** that Plaintiffs have agreed to withdraw the Subpoenas to

two non-party employees of Charleston County made subject of the pending Consent

Motion to Quash, ECF no. 59. Defendant Charleston County has joined and consented to

the pending Motion to Withdraw Motion to Quash, ECF no. 63, and offers no objection to

this Court's entry of an order Withdrawing the Motion to Quash.

Doc #365

SCOTT LAW, LLC

By:     s/Christy L. Scott
        Christy Scott, Bar No. 64123
        Post Office Box 1515, 108 Carn Street
        Walterboro, SC 29488
        (843) 782-4359

        ATTORNEY FOR DEFENDANT
        Charleston County

June 22, 2026
Walterboro, South Carolina